

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00600-CV

**IN THE INTEREST OF S.R.T.**, R.L.M., and M.S.G., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00098
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating M.M.'s parental rights. Because M.M. is indigent, no costs of this appeal are assessed against her.

SIGNED December 27, 2023.

_____
Luz Elena D. Chapa, Justice